# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr63

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KENNETH LEE GARDNER. ) | |

**THIS MATTER** is before the Court on the Motion to Secure Documents for Use in Appeal [Doc. 61] of defense counsel.

Counsel has recently been appointed to represent the Defendant on direct appeal. [Doc. 60]. He thus is unable to access certain documents filed under seal prior to his representation of the Defendant. In order to provide assistance on appeal, counsel needs such access. As a result, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Motion to Secure Documents for Use in Appeal [Doc. 61] is hereby **GRANTED** and Charles R. Brewer, attorney for the Defendant on appeal, is hereby allowed access to Documents 2, 4, 12, 17, 18, 19, 20, 27 and 57.

Signed: October 1, 2010

Martin Reidinger
United States District Judge