# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:09-cr-00063-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| KENNETH LEE GARDNER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion in Opposition of Ineligibility of Amendment 782 Motion Filed by Court Appointed Counsel" [Doc. 81], filed on June 11, 2015.

The Court appointed the Federal Defenders of Western North Carolina to review the Defendant's case for a determination of eligibility for relief under Amendment 782. See In re: Motions Based on Retroactive Application of November 1, 2014 Amendment 782, No. 3:-14-mc-00204 (W.D.N.C. Oct. 17, 2014). On December 29, 2014, the Defendant filed a *pro se* motion seeking relief under this Amendment. [Doc. 77]. On April 14, 2015, court-appointed counsel filed a Notice of Ineligibility, in which counsel opined that the

Defendant was not eligible for a sentence reduction pursuant to Amendment 782. [Doc. 78]. On June 5, 2015, the Court entered an Order denying the Defendant's *pro se* motion. [Doc. 80]. For the reasons stated in that Order, the Defendant's "Motion in Opposition" is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion in Opposition of Ineligibility of Amendment 782 Motion Filed by Court Appointed Counsel" [Doc. 81] is **DENIED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge